JULIA SHEEHAN, Respondent, *v.* JAMES M. EDGAR, Jr., et al., Appellants.

(Submitted June 3, 1874; decided June 16, 1874.)

THIS was an action to recover damages for injuries received by plaintiff, through the alleged carelessness of defendants' servant.

Plaintiff was crossing Ninth avenue, in the city of New York, at the Twenty-second street crossing, from the west to the east side. When near the east side she was intercepted by a passing truck. She stopped on the cross-walk to let the truck pass, when a horse and wagon, belonging to defendants, in charge of a boy who was driving fast, came diagonally across the avenue, struck her, and she was thrown down and injured. She heard the noise of the horse and wagon when within a few feet of her, raised her hands and called to the boy, but he neither saw nor heard her. *Held*, that the facts justified a finding of negligence on the part of defendants and of no contributory negligence on the part of plaintiff.

Upon the question of damages, evidence was received under objection as to continuing effect of injury up to time of trial, of expenses incurred, loss of wages, etc. *Held*, proper, the court citing *Ransom* v. *N. Y. and E. R. R. Co.* (15 N. Y., 415); *Curtis* v. *R. and S. R. R. Co.* (18 id., 534); *Filer* v. *N. Y. C. R. R. Co.* (49 id., 42).

*C. S. Spencer* for the appellants.

*Oscar Frisbee* for the respondent.

ANDREWS, J., reads for affirmance.
All concur.
Judgment affirmed.